# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155858(18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBBY LEE PARM,
        Defendant-Appellant.
_____/

SC: 155858
COA: 336211
Newaygo CC: 15-011139-FH

On order of the Chief Justice, the motion of defendant-appellant to file an amended application for leave to appeal is GRANTED. The amended application submitted on August 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk